IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:16-cr-88 HTW-LRA |
| IRA JOHNSON | 18 U.S.C. § 1163 |

**The United States Attorney Charges:**

That on or about a time between January 1, 2011 and January 1, 2013 in Neshoba County in the Eastern Division of the Southern District of Mississippi, the defendant, **IRA JOHNSON**, being employed as the Director of an Indian Tribal Organization, that is, the Upward Bound Program of the Mississippi Band of Choctaw Indians, did embezzle and convert to her own use in excess of one thousand dollars ($1,000.00) of the moneys, funds, credits, funds, assets, and other property belonging to said organization in violation of Section 1163, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney